1

2

3

4

5

6

7

8                                UNITED STATES DISTRICT COURT

9                              SOUTHERN DISTRICT OF CALIFORNIA

10   KARL RAY MASEK,                         )   Case No.  06CV1763-IEG (JMA)
                                             )
11           Plaintiff,                      )   **ORDER GRANTING JOINT MOTION**
                                             )   **FOR DISMISSAL OF ACTION WITH**
12       v.                                  )   **PREJUDICE**
                                             )
13   CITY OF SAN DIEGO POLICE                )
     DEPARTMENT, SAN DIEGO POLICE CHIEF      )
14   LANSDOWNE; OFFICER WALLACE, MARY        )
     CAVANAUGH.                              )
15                                           )
         Defendants.                         )
16   _____)

17

18       Plaintiff Karl Ray Masek, pro per, and Defendants City of San Diego (City of San Diego

19   Police Department), Police Chief William Lansdowne, and Officer Mitchell Wallace, have jointly

20   moved for dismissal with prejudice with respect to each of these defendants.  The Court has

21   considered the joint motion and agrees to the terms of the stipulation.

22       IT IS ORDERED that the joint motion for dismissal of these defendants with prejudice

23   from this action is granted.  Each party shall bear its own costs and the City will bear its own

24   attorneys' fees.

25       Date: _August 31, 2007___

26                                               HONORABLE IRMA GONZALEZ
                                                 United States District Court Judge
27

28

                                                                            06cv1763(JMA)